# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**SECURITIES AND EXCHANGE COMMISSION**,

                       Plaintiff(s),

     v.

**WEALTH MANAGEMENT LLC, et al.**,

                       Defendant(s).

Motion for Temporary Restraining Order
Case No. 09-C-506

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH, presiding | Tape: 052009 |
| Deputy Clerk: Cheryl | Hearing Began: 3:32 p.m. |
| Proceeding Held: May 20, 2009 | Hearing Ended: 5:51 p.m. |

**Appearances:**

    **Plaintiff(s):**   Steven Levine and Tracy Lo for SEC,
                       Will Davis, Branch Manager

    **Defendant(s):**   Dan Flaherty for Wealth Management
                       S. Senderowitz via telephone for Simone Fevola,
                       Michael Schaalman for Faye Feinstein - proposed receiver

No appearance by Mr. Putman, counsel and defendant were unable to appear at short notice.
The SEC believes they can proceed without Putman's appearance.
3:35 p.m. Steven Levine presents argument for TRO and receiver order.
3:49 p.m. Dan Flaherty presents argument on behalf of Wealth Management.
4:11 p.m. Steven Senderowitz addresses court.
4:12 p.m. Rebuttal by Steven Levine.
4:21 p.m. Reply by Dan Flaherty.
4:27 p.m. Court recesses.
5:22 p.m. Court resumes.
5:23 p.m. Court grants motion for TRO and finds appointment of receiver is appropriate. Court orders temporary asset freeze against WM and WM Funds. Court orders immediate accounting and expedited discovery.
Court schedules further argument for **May 26, 2009 at 9:00 a.m.**
Mr. Fevola's appearance as a party is waived for May 26, 2009 hearing.
Ms. Feinstein and Mr. Schaalman may appear by telephone for May 26, 2009 hearing.