UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

Civil Action No: 09-C-506

WEALTH MANAGEMENT LLC;
JAMES PUTMAN; and SIMONE FEVOLA,,

    Defendants, and

WML GRYPHON FUND LLC;
WML WATCH STONE PARTNERS, L.P.; WML
PANTERA PARTNERS, L.P.; WML PALISADE
PARTNERS, L.P.; WML L3, LLC; and WML
QUETZAL PARTNERS, L.P.

    Relief Defendants.

**CERTIFICATE OF INTEREST**

The undersigned furnishes the following list in compliance with General L.R. 83.9:

(1)    Court Appointed Receiver for the above-captioned Defendants and Relief Defendants, Faye Feinstein, Esq.;

(2)    None; and

(3)    Quarles & Brady LLP, 411 East Wisconsin Avenue, Milwaukee, WI 53202.

Dated this _____ day of May, 2009.

    MICHAEL H. SCHAALMAN
    DANIEL E. CONLEY
    CRISTINA HERNANDEZ-MALABY
    JANE E. APPLEBY

    s/ Jane E. Appleby
    QUARLES & BRADY LLP
    411 East Wisconsin Avenue, Suite 2040
    Milwaukee, WI 53202-4497
    414.277.5000
    Attorneys for Court Appointed Receiver, Faye Feinstein, Esq.