UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                                               Case No. 09-C-506

WEALTH MANAGEMENT LLC;
JAMES PUTNAM; and SIMONE FEVOLA,

    Defendants, and

WML GRYPHON FUND LLC;
WML WATCH STONE PARTNERS, L.P.;
WML PANTERA PARTNERS, L.P.;
WML PALISADE PARTNERS L.P.;
WML L3, LLC.; and
WML QUETZAL PARTNERS, L.P.,

    Relief Defendants.

**TEMPORARY ORDER GRANTING**
**RECEIVER'S MOTION TO STAY ANCILLARY LITIGATION**

This cause coming before the Court upon the Receiver's Rule 7.4 Expedited Non-Dispositive Motion to Stay, the Motion to Intervene by Respondent Tony P. Trimble, as Trustee of the Tony P. Trimble Revocable Trust, and the Trust's Memorandum in Opposition to the Receiver's Motion to Stay, and after consideration of the foregoing, the Court in its sound discretion finds that:

    1.    This Court has jurisdiction to stay litigation that is ancillary to the above-captioned action pursuant to 28 U.S.C.A. §1367(a).

2. The Receiver has made a sufficient and proper showing that all known third parties with potential claims against the named Defendants, Relief Defendants, and/or the WML Fund insurer, Houston Casualty Co., have been sent notice of the following:

(a) Entry by this Court of the temporary injunction, appointment of receiver, and asset freeze issued by this Court;

(b) Notice that the Notice of Appointment of Receiver and related documentation were filed in all U.S. District Courts for jurisdictions within which the WM Funds are known to have sub-funds;

3. Investors, creditors and other third-parties with potential ancillary claims against the Defendants, Relief Defendants, and/or the WML Fund insurer, Houston Casualty Co., were notified of the pending Motion to Stay, however such parties have had insufficient opportunity to oppose the motion.

4. An Order temporarily staying ancillary litigation is necessary to preserve the status quo, protect the interests of investors, creditors and other interested third parties, and to protect the Receiver's ability to fulfill her court-ordered duties.

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED,** that the Receiver's motion for a stay is **temporarily granted**, and any and all ancillary claims against the named Defendants, Relief Defendants, and/or WML Funds' insurer, Houston Casualty Company, or claims that are so related to the above captioned action that they form part of the same case or controversy under Article III of the United States Constitution, are hereby **STAYED** pending a hearing on **June 26, 2009, at 10:30 a.m.**, at which time interested investors, creditors and other third parties will have opportunity

2

Case 1:09-cv-00506-WCG    Filed 06/16/09    Page 2 of 3    Document 35

to oppose the Receiver's Motion to Stay Ancillary Litigation.

**IT IS FURTHER ORDERED** that no later than June 22, 2009, any and all interested investors, creditors and other third parties wishing to be heard at on June 26, 2009, will file with this Court and properly serve upon the parties a brief in opposition and supporting documentation.

**IT IS FURTHER ORDERED** that the Motion to Intervene by Respondent Tony P. Trimble Revocable Trust is **granted**, but only as to the Receiver's motion to stay ancillary litigation.

Dated at Green Bay, Wisconsin, this 16th day of June, 2009.

      s/ William C. Griesbach
      William C. Griesbach
      United States District Judge