UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

SECURITIES AND EXCHANGE COMMISSION,

   Plaintiff,

v.

                  Civil Action No: 09-C-506

WEALTH MANAGEMENT LLC;
JAMES PUTMAN; and SIMONE FEVOLA,

   Defendants,

and

WML GRYPHON FUND LLC;
WML WATCH STONE PARTNERS, L.P.; WML
PANTERA PARTNERS, L.P.; WML PALISADE
PARTNERS, L.P.; WML L3, LLC; and
WML QUETZAL PARTNERS, L.P.

   Relief Defendants.

## ORDER EXTENDING STAY OF ANCILLARY LITIGATION

   This court having temporarily granted the Receiver's Motion to Stay Ancillary Litigation, and after further consideration of the Receiver's motion, the affidavit and exhibits filed in support thereof, and the additional arguments of counsel for all parties as presented at the hearing on June 26, 2009, the Court in its sound discretion finds that:

   1.  This Court has jurisdiction to stay litigation that is ancillary to the above-captioned action pursuant to U.S.C.A. §1367(a).

   2.  An Order Extending Stay of Ancillary Litigation is necessary to preserve the status quo, protect the interests of investors, creditors and other interested third parties, and to protect the Receiver's ability to fulfill her court-ordered duties.

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that the Temporary Order Granting Receiver's Motion to Stay Ancillary Litigation entered on June 16, 2009, is hereby extended, even as to the individually named defendants, pending a hearing on September 9, 2009, 1:30 p.m., at which time interested investors, creditors and other third parties will have further opportunity to oppose the Receiver's Motion to Stay.

Dated this   30th   day of June, 2009.

                                                  s/ William C. Griesbach
                                                  WILLIAM C. GRIESBACH
                                                  U.S. DISTRICT COURT JUDGE