# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

     v.                                         Case No. 09-C-506

WEALTH MANAGEMENT LLC, et al.,

        Defendants.

---

## ORDER APPROVING SECOND AMENDED PLAN

---

On September 8, 2009, the Receiver filed her Proposed Plan for Allocation of Assets. On September 11, 2009 the Court set a deadline for interested parties to file their objections to the Receiver's Plan. Several objections were filed and the Receiver filed a response and a First Amended Proposed Plan. The Court heard argument on the objections and various other motions on November 4, 2009. Thereafter, the parties submitted supplemental briefing concerning the principal objections that had been made. By Order of November 20, 2009, the Court overruled the objections and approved the Proposed Plan. The Court also noted that the Receiver had indicated a need to make several corrections and adjustments to the Amended Proposed Plan and directed that she do so on or before December 1, 2009. In response, the Receiver has now filed her Second Amended Proposed Plan of Allocation of Assets. The Court has reviewed the Second Amended Proposed Plan and concludes that the changes contained therein relate to the background information and do not change the substance of the plan previously approved by the Court.

Accordingly, the Court hereby approves the Second Amended Plan as the most equitable way under the circumstances to distribute the assets of the Receivership estate. *See SEC v. Enterprise Trust Company*, 559 F.3d 649 (7th Cir. 2009).

**SO ORDERED** this __30th__ day of November, 2009.


s/ William C. Griesbach
William C. Griesbach
United States District Judge