# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

        v.                              Civil Action No: 09-C-506

WEALTH MANAGEMENT, LLC,
JAMES PUTMAN, and SIMONE FEVOLA,

        Defendants, and

WML GRYPHON FUND, LLC;
WML WATCH STONE PARTNERS, L.P.; WML
PANTERA PARTNERS, L.P.; WML PALISADE
PARTNERS, L.P.; WML L3, LLC;
WML QUETZAL PARTNERS, L.P., and
EMPLOYEE SERVICES OF APPLETON, INC.,

        Relief Defendants.

---

**SCHEDULING ORDER REGARDING (I) THIRD INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES OF RECEIVER AND HER COUNSEL AND (II) FIRST INTERIM APPLICATION OF
ALAN D. LASKO & ASSOCIATES, P.C.**

---

In connection with (a) the *Third Interim Application for Allowance and Payment of Compensation to, and for Reimbursement of Expenses of, (I) Faye B. Feinstein, Receiver for Wealth Management LLC and the Relief Defendants, and (II) Quarles and Brady LLP, as Counsel to the Receiver, for the Period from July 1, 2009, through December 31, 2009* (the "Receiver Application") and (b) the First Interim Application for Allowance and Payment of Compensation to, and for Reimbursement of Expenses of, Alan D. Lasko & Associates, P.C., as Financial Consultants to the Receiver, for the Period from the Appointment Date through June 15, 2010 (the "Lasko Application", and, with the Receiver Application, the "Applications", and each, an

"Application"); all capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the appropriate Application), the Court finding that good cause exists to establish a schedule and procedure governing the filing of objections, if any, to the Applications and the setting of a hearing date, if any, with regard to the Applications, **IT IS HEREBY ORDERED** that:

1. Objections, if any, to either or both of the Applications must be in writing and must be filed with the Court and served upon the Receiver, as provided below, on or before the tenth (10th) day after entry of this Scheduling Order on the docket of this case (or, if such tenth day is not a business day, then, on or before the first day thereafter that is a business day) (the "Objection Deadline").

2. Objections must be served upon the Receiver so as to be received on or before the Objection Deadline and may be served (a) electronically, through the Court's CM/ECF System; or (b) by mail, overnight delivery, or facsimile transmission, c/o Christopher Combest, Quarles & Brady LLP, 300 N. LaSalle Street, Suite 4000, Chicago, Illinois 60654; FAX: 312-715-5155.

3. If no objection to an Application is filed on or before the Objection Deadline, the Court may grant the Application without a hearing.

4. If one or more objections to an Application are filed on or before the Objection Deadline, the Court will determine whether or not a hearing is necessary before it rules on that Application.

5. If a hearing on an Application is scheduled, a separate notice of the date and time of that hearing will be served by the Receiver.

**SO ORDERED** this ____24th____ day of August, 2010

           s/ William C. Griesbach
          William C. Griesbach
          United States District Judge