UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                           Case No. 09-C-506

WEALTH MANAGEMENT, LLC, et al.,

    Defendants.

**ORDER DENYING MOTION FOR SUMMARY JUDGMENT**

*Pro se* Defendant James Putman filed a motion for summary judgment. The brief supporting the motion is a two-page document that criticizes the Securities and Exchange Commission for seizing control of his former company's assets and thus reducing or eliminating his own ability to disgorge the amount of money the government seeks. This sparse argument does not provide a basis for relief, at least at this stage. To the extent Putman has a viable defense, the merits of that defense will be taken up at a future date in this Court's decision addressing the government's motion for summary judgment. Putman's own motion, however, will be **DENIED**.

    **SO ORDERED** this 14th day of March, 2012.

                                                                    s/ William C. Griesbach
                                                                    William C. Griesbach
                                                                    United States District Judge