UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                       Civil Action No. 09-C-506

WEALTH MANAGEMENT LLC;
JAMES PUTMAN; and SIMONE FEVOLA,

    Defendants, and

WML GRYPHON FUND LLC; WML WATCH STONE
PARTNERS, L.P.; WML PANTERA PARTNERS,
L.P.; WML PALISADE PARTNERS, L.P.; WML L3, LLC;
and WML QUETZAL PARTNERS, L.P.,

    Relief Defendants.

## ORDER SETTING BRIEFING SCHEDULE
## ON PUTMAN'S MOTION FOR RECONSIDERATION

Defendant James Putman has filed a Motion for Reconsideration and a request for leave to file a response to the Motion for Summary Judgment in the above matter. The SEC is directed to respond to Putman's motion on or before June 6, 2012. Putman shall file a reply, if any, on or before June 15, 2012.

**SO ORDERED** this   23rd   day of May, 2012.

                                               s/ William C. Griesbach
                                               WILLIAM C. GRIESBACH
                                               U.S. DISTRICT JUDGE