# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

   v.                                           Civil Action No: 09-C-506

WEALTH MANAGEMENT, LLC,
JAMES PUTMAN, and SIMONE FEVOLA,

       Defendants, and

WML GRYPHON FUND, LLC;
WML WATCH STONE PARTNERS, L.P.; WML
PANTERA PARTNERS, L.P.; WML PALISADE
PARTNERS, L.P.; WML L3, LLC;
WML QUETZAL PARTNERS, L.P., and
EMPLOYEE SERVICES OF APPLETON, INC.,

       Relief Defendants.

---

## SCHEDULING ORDER REGARDING ELEVENTH INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES OF RECEIVER AND HER COUNSEL

In connection with the *Eleventh Interim Application for Allowance and Payment of Compensation to, and for Reimbursement of Expenses of, (I) Faye B. Feinstein, Receiver for Wealth Management LLC and the Relief Defendants, and (II) Quarles and Brady LLP, as Counsel to the Receiver, for the Period from June 1, 2017, through May 31, 2018* (the "Application"; all capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application), the Court finding that good cause exists to establish a schedule and procedure governing the filing of objections, if any, to the Application and the setting of a hearing date, if any, with regard to the Application, **IT IS HEREBY ORDERED THAT**:

1.     Objections, if any, to the Application must be in writing and must be filed with the Court and served upon the Receiver, as provided below, on or before the thirtieth (30th) day after entry of this Scheduling Order on the docket of this case (or, if such thirtieth day is not a business day, then, on or before the first day thereafter that is a business day) (the "Objection Deadline").

2.     Objections must be served upon the Receiver so as to be received on or before the Objection Deadline and may be served (a) electronically, through the Court's CM/ECF System; or (b) by mail, overnight delivery, or facsimile transmission, c/o Christopher Combest, Quarles & Brady LLP, 300 N. LaSalle Street, Suite 4000, Chicago, Illinois 60654; FAX: 312-632-1727.

3.     If no objection to the Application is filed on or before the Objection Deadline, the Court may grant the Application without a hearing.

4.     If one or more objections to the Application are filed on or before the Objection Deadline, the Court will determine whether or not a hearing is necessary before it rules on the Application.

5.     If a hearing on the Application is scheduled, a separate notice of the date and time of that hearing will be served by the Receiver.

**SO ORDERED** this __18th__ day of July, 2018

s/ William C. Griesbach_____
Honorable William C. Griesbach
United States District Judge